IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KEVIN DAWS,

    Petitioner,

v.                                                                       No. 1:15-cv-01214-JDB-egb

UNITED STATES OF AMERICA,

    Respondent.

ORDER DIRECTING PETITIONER TO SUBMIT POSITION ON ENTITLEMENT TO RELIEF

On August 24, 2015, Petitioner, Kevin Daws, filed a *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (the "Petition"). (Docket Entry ("D.E.") 1.) He seeks relief under *Johnson v. United States*, 135 S. Ct. 2551 (2015). The United States Probation Office ("USPO") prepared a revised memorandum on November 20, 2017, addressing *United States v. Stitt*, 860 F.3d 854 (6th Cir. 2017), and other issues relating to the Petition, including whether the inmate's prior convictions for burglary under Tennessee law qualify as violent felonies under the Armed Career Criminal Act, 18 U.S.C. § 924(e).

Petitioner is DIRECTED, within fifteen days of the entry of this order, to submit his position in light of the USPO's memorandum. If he insists that he is entitled to relief, Respondent, United States of America, is DIRECTED to respond to Daws's arguments within fifteen days of the Petitioner's filing.

IT IS SO ORDERED this 4th day of January 2018.

                                                    <u>s/ J. DANIEL BREEN</u>
                                                    UNITED STATES DISTRICT JUDGE