IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KEVIN DAWS,

    Petitioner,

v.   No. 1:15-cv-01214-JDB-egb

UNITED STATES OF AMERICA,

    Respondent.

---

ORDER ADMINISTRATIVELY CLOSING CASE

---

On April 19, 2018, the Court ordered that this case be held in abeyance pending the outcome of the petition for writ of certiorari in *United States v. Stitt*, 860 F.3d 854 (6th Cir. 2017) (en banc), *cert. granted* 138 S. Ct. 1592 (2018). (Docket Entry 11.) The United States Supreme Court granted certiorari in *Stitt* on April 23, 2018. This matter therefore remains held in abeyance and is administratively closed. Either party may petition to reopen the case after *Stitt* has been decided.

IT IS SO ORDERED this 10th day of August 2018.

                                            s/ J. DANIEL BREEN
                                            UNITED STATES DISTRICT JUDGE